UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08CV-P318-R

**JUAN SANDERS**                                                                                                          **PLAINTIFF**

v.

**OFFICER CLARENCE MARTHET**                                                                       **DEFENDANT**

**MEMORANDUM**

Plaintiff commenced this action by filing a state criminal complaint form with this federal court. The Court was uncertain whether Plaintiff sent the form to the incorrect institution or whether it was his intent to commence a criminal action in this Court. The Court docketed the filing as a complaint. By Order entered August 20, 2008, the Court directed Plaintiff to file an amended complaint on a court-approved form and either pay the $350.00 filing fee or file an application to proceed without prepayment of fees if he desired to continue with this action. Plaintiff has failed on both accounts and has not shown good cause for his lack of response to the Court's prior Order. Accordingly, the Court presumes that Plaintiff does not desire to proceed with a civil action. By separate Order the Court will dismiss this action as abandoned and for failure to comply with the Court's previous Order.

Date:

cc:     Plaintiff, *pro se*

4413.008